IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. PARKS                                                                                      PLAINTIFF

v.                                        NO.  3:04CV00313 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 15th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE